E. E. CHESSON v. B. B. COMBS AND JULIAN L. POSTON.

(Filed 1 February, 1952.)

**Appeal and Error § 38—**

Where the Supreme Court is evenly divided in opinion, one Justice not sitting, the judgment of the lower court will be affirmed without becoming a precedent.

VALENTINE, J., took no part in the consideration or decision of this case.

APPEAL by plaintiff from *Morris, J.,* at February Term, 1951, of TYRRELL.

Civil action to recover damages for alleged false imprisonment.

The defendants' motion for judgment of nonsuit, made at the close of the plaintiff's evidence and renewed at the conclusion of all the evidence, was allowed, and from judgment based on such ruling the plaintiff appealed, assigning errors.

*W. L. Whitley and J. C. Meekins, Jr., for plaintiff, appellant.*
*Bailey & Bailey and H. L. Swain for defendants, appellees.*

PER CURIAM. This Court being evenly divided in opinion as to the correctness of the ruling of the court below, Justice Valentine not sitting, the judgment of the Superior Court is affirmed, without becoming a precedent.

Affirmed.

VALENTINE, J., took no part in the consideration or decision of this case.